# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1201

_____

FLOYD SPIVEY,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Bay County.
Shonna Young Gay, Judge.


November 26, 2025

PER CURIAM.

   AFFIRMED.

OSTERHAUS, C.J., and BILBREY and TANENBAUM, JJ., concur.

_____

   ***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Floyd Spivey, pro se, Appellant.

James Uthmeier, Attorney General, and Benjamin Hoffman, Assistant Attorney General, Tallahassee, for Appellee.